HARRY BERGER, Appellant, v. HENRIETTA CRYSTAL, Respondent.— Determination of the Appellate Term, affirming a judgment of the Municipal Court,

unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.